UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEDA CIRAOLO,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK NA, et al.,<br><br>    Defendants. | Case No. 3:17-cv-00053-SK (KAW)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO APPEAR VIA VIDEO CONFERENCE AT THE 5/22/17 SETTLEMENT CONFERENCE**<br><br>Re: Dkt. No. 31 |

On May 8, 2017, Plaintiff Leda Ciraolo filed a request to appear via video conference at the May 22, 2017 settlement conference on the grounds that her disability renders her unable to sit or stand for more than brief periods of time. (Dkt. No. 31 at 2.)

Plaintiff's request to appear via video conference is GRANTED. Counsel must personally attend. The Court does not provide equipment or technological support, so Plaintiff and her attorney must both be equipped with computers with working cameras, microphones, and Skype software to enable the video conference. The Court will utilize counsel's computer to communicate with Plaintiff during the settlement conference. Plaintiff is responsible for ensuring that all technology works prior to the settlement conference date.

Plaintiff must be at her computer for the duration of the settlement conference.

IT IS SO ORDERED.

Dated: May 9, 2017

*Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge